HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Assistant Federal Defender
DANIEL PICKOLICK
Certified Law Student
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
JAMES DAVID AARON SMITH II

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 2:16-CR-00173-CKD |
| Plaintiff, | ) AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| JAMES DAVID AARON SMITH II, | ) DATE: January 30, 2017 |
| Defendant. | ) TIME: 9:00 a.m. |
| | ) JUDGE: Hon. Allison Claire |

It is hereby stipulated and agreed to between the United States of America through JUSTIN LEE, Assistant U.S. Attorney, and defendant JAMES DAVID AARON SMITH II by and through his counsel, LINDA HARTER, Chief Assistant Federal Defender, that the status conference set for November 4, 2016 be continued to January 30, 2017 at 9:00 a.m.

The parties also agree that the ends of justice served by granting defendant's request for a continuance outweighs the best interest of the public and the defendants in a speedy trial, counsel needs additional time to review and discuss the discovery with her client, to conduct a further investigation and discuss plea negotiations with the government.

The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through January 30, 2017, for defense preparation and investigation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code

T4].  Therefore the parties are in agreement to continue the status conference to January 30, 2017.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for January 30, 2016 pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: November 2, 2016                    Respectfully submitted,

                                               HEATHER E. WILLIAMS
                                               Federal Defender

                                               /s/ Linda Harter
                                               LINDA HARTER
                                               Chief Assistant Federal Defender
                                               Attorney for Defendant

DATED: November 2, 2016                    PHILLIP A. TALBERT
                                               Acting United States Attorney

                                               /s/ Justin Lee
                                               JUSTIN LEE
                                               Assistant U.S. Attorney
                                               Attorney for Plaintiff

**O R D E R**

The Court orders that the time from the date of the parties' stipulation, November 2, 2016, up to and including January 30, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) T4 [reasonable time for counsel to prepare] (Local Code T4). It is further ordered that the November 4, 2016, status conference shall be continued until January 30, 2017, at 9:00 a.m.

IT IS SO ORDERED.

Dated: November 3, 2016

                                               ALLISON CLAIRE
                                             UNITED STATES MAGISTRATE JUDGE