1  PHILLIP A. TALBERT
United States Attorney
2  ROBERT J. ARTUZ
Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  (916) 554-2700

5

6

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  2:16-cr-00173-AC
                                     )
12          Plaintiff,               )  STIPULATION and [~~Proposed~~] ORDER
                                     )  TO SET JURY TRIAL AND TRIAL
13      v.                           )  CONFIRMATION HEARING
                                     )
14  JAMES DAVID AARON SMITH II,      )  DATE:  January 30, 2017
                                     )  TIME:  9:00 a.m.
15          Defendant.               )  JUDGE: Hon. Allison Claire
                                     )
16                                   )
                                     )
17

18       It is hereby stipulated and agreed by the United States, by and

19  through its attorney Special Assistant United States Attorney Robert

20  J. Artuz, and Defendant, James David Aaron Smith II, by and through

21  his attorneys Chief Assistant Federal Defender Linda C. Allison and

22  Daniel Pickolick, Certified Law Student, that this matter be set for

23  a jury trial on April 24, 2017, at 9:00 a.m. and a trial confirmation

24  hearing on April 10, 2017, at 2:00 p.m.  The Court has indicated

25  these dates are available.

26       Additionally, the parties request that time from January 30,

27  2017 to April 24, 2017 be excluded from the calculation of time under

28  the Speedy Trial Act.  For the purpose of computing time under the

                                     1

1  Speedy Trial Act, within which trial must commence, the time period

2  of January 30, 2017 to April 24, 2017, inclusive, is deemed

3  excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(i) and Local

4  Code T1 in order to prevent a miscarriage of justice or make the

5  proceeding impossible, as well as 18 U.S.C. § 3161(h)(7)(A), (B)(iv)

6  and Local Code T4 in order to give defense counsel reasonable time to

7  review evidence and evaluate defenses in preparation for trial.  The

8  ends of justice served by a continuance as requested outweigh the

9  best interest of the public and the defendant in a speedy trial.

10  Nothing in this stipulation shall preclude a finding that other

11  provisions of the Speedy Trial Act dictate that additional time

12  periods are excludable from the time period within which trial must

13  commence.

14

15  DATED: January 31, 2017        PHILLIP A. TALBERT
                                   United States Attorney
16

17                          By:    _/s/ Robert J. Artuz_
                                   ROBERT J. ARTUZ
18                                 Special Assistant U.S. Attorney

19

20  DATED: January 31, 2017         _/s/ Linda C. Allison_
                                   LINDA C. ALLISON
21                                 Chief Assistant Federal Defender
                                   Counsel for Defendant
22

23

24  DATED: January 31, 2017         _/s/ Daniel Pickolick_
                                   DANIEL PICKOLICK
25                                 Certified Law Student
                                   Counsel for Defendant
26

27                                 (*Approved via email*)

28  ///

2

ORDER

It is hereby ordered that a jury trial is scheduled to begin on April 24, 2017, at 9:00 a.m. and a trial confirmation hearing will be heard on April 10, 2017 at 2:00 p.m.   The time from January 30, 2017 to April 24, 2017 shall be excluded from the calculation of time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(i) and Local Code T1 and 18 U.S.C. § 3161(h)(7)(A), (B)(iv) and Local Code T4.   The Court finds that the ends of justice served by a continuance as requested outweigh the best interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

DATED: February 1, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE